Marvin H. Kleinberg (Bar No. 24,953)
Michael Hurey (Bar No. 139,550)
Philip Nulud (Bar No. 245,147)
**KLEINBERG & LERNER, LLP**
2049 Century Park East, Suite 1080
Los Angeles, California 90067-3112
Phone: (310) 557-1511 • Fax: (310) 557-1540

Attorneys for Defendant VIZIO, INC.

Herman S. Palarz, Bar No. 33,589
Darin Margules, Bar No. 195,282
Leah Philips Falzone, Bar No. 221917
**TYRE KAMINS KATZ & GRANOF**
1880 Century Park East, Suite 300
Los Angeles, California 90067-1666
Phone: (310) 553-6822 • Fax: (310) 552-9024

Attorneys for Plaintiff SYNTAX-BRILLIAN CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| SYNTAX –BRILLIAN CORPORATION, a Delaware Corporation,<br><br>          Plaintiff,<br>   v.<br>Vizio, Inc.<br>a California corporation,<br><br>          Defendant. | CV 07-00474 MMM (JTLx)<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

Plaintiff Syntax-Brillian Corporation ("SBC") and Defendant Vizio, Inc. ("Vizio"), by and through their respective attorneys of record, hereby agree and

- 1 -   **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

1  stipulate, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and the Court
2  hereby orders, as follows:

3      1. SBC's Complaint in the instant action is dismissed with prejudice.

4      2. Each party shall bear its own costs and attorney fees with respect to the
5  instant action and the entry of this Stipulation and Order.

6      Agreed to in form and substance:

KLEINBERG & LERNER, LLP

January __, 2008                  _____
                                  Michael Hurey
                                  Philip L. Nulud
                                  Attorneys for Defendant Vizio, Inc.

TYRE KAMINS KATZ & GRANOF

January __, 2008                  _____
                                  Darin Margules
                                  Leah Philips Falzone
                                  Attorneys for Plaintiff Syntax-Brillian
                                  Corporation

    SO ORDERED, Civil action number CV 07-0474 MMM (JTLx), entitled Syntax-Brillian Corporation v. Vizio, Inc. is dismissed with prejudice

Dated: JANUARY 29, 2008           *Margaret M. Morrow*
                                  _____
                                  United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE